

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00019-CV

**IN THE INTEREST OF K.A.A.** and K.N.A., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02516
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED July 9, 2013.

_____
Patricia O. Alvarez, Justice